AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Blake Rochester,<br>*Plaintiff*<br>v.<br><br>Sgt. Blakeley *Sgt. Perry Corr.*; Cpl. Borem *Cpl. Perry Corr. also known as K. Borem,*<br><br><br>*Defendants*. | )<br>)<br>)<br>)<br>) | Civil Action No.     0:19-cv-00841-CMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Blake Rochester, shall take nothing of the defendants, Sgt. Blakeley *Sgt. Perry Corr.* and Cpl. Borem *Cpl. Perry Corr. also known as K. Borem,,* and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the action.

Date:  June 30, 2020                                                   *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                s/L. Baker
                                                                                    ―――――――――――――――
                                                                                    *Signature of Clerk or Deputy Clerk*